THE PEOPLE, ex rel. JOHN P. MASTERSON, Appellant, *v.* ALBERT GALLUP, as Treasurer, etc., Respondent.

The provision of the act of 1875 conferring certain powers upon boards of supervisors (Subd. 2, § 1, chap. 482, Laws of 1875), which authorizes said boards to fix the number, grades and pay of deputies, clerks and subordinate employes in the county offices, applies only to those officers which by pre-existing law were entitled to a clerk.

Accordingly, *held*, that the appointment by a board of supervisors of a coroner's clerk was not authorized by said act ; and that the county treasurer was justified in refusing to pay the salary of a clerk so appointed.

(Argued April 29, 1884 ; decided May 6, 1884.)

THIS was an appeal from an order of General Term reversing an order of Special Term, which awarded a peremptory *mandamus* requiring defendant as treasurer of Albany county to pay to relator his salary as clerk of the coroners of Albany county.

The board of supervisors of said county passed a resolution December 22, 1882, by its terms authorizing the coroners of the county to employ a clerk at a salary of $1,200; the relator was appointed as such clerk. He applied to defendant for a month's salary, who refused to pay the same.

*Rufus W. Peckham* for appellant.

*Marcus T. Hun* for respondent.

Agree to affirm on the ground that the act chapter 482, Laws of 1875, authorized the supervisors to prescribe the number of clerks, etc., in respect to officers only who by pre-existing law were entitled to a clerk ; no opinion.

All concur, except RUGER, Ch. J., not voting.

Order affirmed.